# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRANDON J. QUINONEZ,
              Appellant,

vs.

THE STATE OF NEVADA,
              Respondent.

No. 69530

**FILED**

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from a district court order denying a motion for speedy trial. To the extent that appellant appeals from the district court order to produce prisoner, no statute or court rule provides for an appeal from such an order. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

16-07049

cc: Hon. David A. Hardy, District Judge
Brandon J. Quinonez
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

(O) 1947A